**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jefferson Dominguez-Lara, et al.,

       Petitioner,

v.

Kristi Noem, et al.,

       Respondents

Case No.: 2:25-cv-01553-JAD-BNW

**Order Directing Service of Class Action Complaint and Petition for Writ of Habeas Corpus**

       Jefferson Dominguez-Lara and Jose Ramirez, who are represented by counsel and detained at Nevada Southern Detention Center, filed what they have styled as a "Class Action Complaint and Petition for Writ of Habeas Corpus," brought ostensibly under 28 U.S.C. § 2241, the Administrative Procedure Act, and the Immigration and Nationality Act.[1]  They challenge their continued detention during the pendency of their removal proceedings after an immigration judge granted their release on bond and seek a preliminary injunction requiring the defendants to accept their bond payment.  Having conducted an initial review of the petition and preliminary-injunction motion, the court now directs that these documents be served on respondents and sets a schedule for respondents' appearance and response.

       IT IS THEREFORE ORDERED that **the Clerk of Court is directed to electronically SERVE copies of the Petition** (ECF No. 1), the preliminary-injunction motion (ECF No. 3), and this order upon the respondents:

    1.    By electronically serving a copy of the petition and this order through CM/ECF on the United States Attorney for the District of Nevada under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure by adding United States Attorney for the

---

[1] *See* ECF No. 1 at 5–6.

District of Nevada to the docket as an Interested Party and sending the documents

to Sigal.Chattah@usdoj.gov.  This does not indicate acceptance of service.

2.    By sending a copy of the petition and this order by mail under FRCP 5(b)(2)(C)

to:

Bryan Wilcox
Field Office Director
Salt Lake City Field Office of U.S. Immigration
and Customs Enforcement's
Enforcement & Removal Operations Division
2975 Decker Lake Drive, Suite 100
West Valley City, UT 84119-6096

Warden John Mattos
Nevada Southern Detention Center
2190 E. Mesquite Ave.
Pahrump, NV 89060

Secretary Kristi Noem
United States Department of Homeland Security
2707 Martin Luther King Jr. Ave. SE
Washington, DC 20528-0525

Pamela Bondi
Attorney General of the United States
950 Pennsylvania Ave. NW
Washington DC 20530

Sirce Owen, Director
Executive Office for Immigration Review
5107 Leesburg Pike
Falls Church, VA 22041

IT IS FURTHER ORDERED that **respondents must appear in this action within 5**
**days of the date of this order and must file and serve a response to the petition (ECF No. 1)**
**within 20 days** of the date of this order, unless additional time is allowed for good cause shown.
Petitioner will have 15 days following the date the response is filed to file and serve a reply.

Local Rule 7-2(b) will govern the schedule for briefing of motions, including the preliminary-injunction motion.

_____
U.S. District Judge Jennifer A. Dorsey
September 1, 2025