SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264

CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Respondents*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jefferson Dominguez-Lara, et al., <br><br>  Petitioner, <br><br> v. <br><br> Kristi Noem, et al., <br><br>  Federal Respondents. | Case No. 2:25-cv-01553-JAD-BNW <br><br> **Stipulated Briefing Schedule and Proposed Scheduling Order** |

Petitioner Jefferson Dominguez-Lara ("Petitioner" or "Dominguez-Lara") and the Federal Respondents, through their undersigned counsel, hereby stipulate and jointly request that the Court extend the briefing deadlines previously set by this Court. This Stipulation is being entered in good faith and not for purposes of delay. This Stipulation is entered into out of an abundance of caution and for the benefit of expressly clarifying the briefing deadlines in this case, given the current status of service of process and service of the pleadings in this case under the Federal Rules of Civil Procedure.

## I. STATUS OF BRIEFING

1. Petitioner filed a Class Action and Complaint and Petition for Writ of Habeas Corpus on August 21, 2025. ECF No. 1.

2. On August 25, 2025, Petitioner filed a Motion for Preliminary Injunction. ECF No. 3.

3. On August 25, 2025, Petitioner filed a Motion for Class Certification. ECF No. 4.

4. On September 1, 2025, this Court ordered the Clerk of Court to electronically serve copies of the Petition (ECF No. 1), the Motion for Preliminary Injunction (ECF No. 3), and the Court's Order Directing Service of Class Action Complaint and Petition for Writ of Habeas Corpus (ECF No. 5) ("Court's Order") upon the Federal Respondents. ECF No. 5. The Court's Order also directed the Federal Respondents to appear in this action within 5 days of the Court's Order and to respond to the Petition within 20 days of the Court's Order.

II. **PROPOSED SCHEDULING TO MEET ALL DEADLINES**

1. The Federal Respondents shall file a Response to the Motion for Preliminary Injunction (ECF No. 3), a Response to the Motion for Class Certification (ECF No. 4), and a Motion to Dismiss the Petition (ECF No. 1) on or before September 25, 2025.

2. Petitioner shall file replies to the Federal Respondent's Response to the Motion for Preliminary Injunction and Response to the Motion for Class Certification within 21 days after the Federal Respondents files their responses, or on or before October 16, 2025.

3. Petitioner shall file a response to the Federal Respondents' Motion to Dismiss within 21 days after the Federal Respondents file their motion, or on or before October 16, 2025.

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

4. The Federal Respondents shall file a reply, if any, within 7 days after Petitioner files its response to the Federal Respondents' Motion to Dismiss, or on or before October 23, 2025.

IT IS SO STIPULATED.

| AZTEC LEGAL GROUP, LLC | SIGAL CHATTAH<br>Acting United States Attorney |
|---|---|
| /s/ Jeremey Mondejar<br>JEREMY MONDEJAR, ESQ.<br>2885 E Charleston BLVD, Suite 103<br>Las Vegas, Nevada 89104<br>Telephone: (702) 816-6611<br>*Attorney for Petitioner* | /s/ Christian R. Ruiz<br>CHRISTIAN R. RUIZ<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |

STRUCK LOVE ACEDO, PLC

/s/ Ashlee B. Hesman
ASHLEE B. HESMAN
3100 West Ray Road, Suite 300
Chandler, AZ 85226
ahesman@strucklove.com

JAMES E. HARPER
HARPER | SELIM
1935 Village Center Circle
Las Vegas, NV 89134
eservice@harperselim.com

*Attorneys for Respondent John Mattos*

Respectfully submitted September 22, 2025

**IT IS SO ORDERED:**

_____
**United States Magistrate Judge**

**DATED:** _____September 23, 2025_____